UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

THOMAS J. MARTINEZ,

    Plaintiff,

    v.

UNION PACIFIC RAILROAD, a
Delaware corporation,

    Defendant.

NO.  CV-10-5083-RHW

**ORDER DISMISSING CASE**

On July 10, 2012, the parties informed the Court that they had settled the above-captioned case.  The Court orally dismissed the case with prejudice and without costs or fees to any party. This order memorialized the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The above-captioned case is **dismissed** with prejudice, and without costs or fees to any party.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel and close the file.

**DATED** this 16th  day of July, 2012.


    *s/Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2010\Martinez\dismiss.wpd


**ORDER DISMISSING CASE~ 1**